IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**FILED**
NOV 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Johnnie Mae Riggsbee**
1316 Euclid Street, NW
Apt. BA-7
Washington, DC 20009
    Plaintiff
v.

**Diversity Services, Inc.**
1634 I Street NW, Suite 400
Washington, DC 20006

CASE NO:

Case: 1:07-cv-02113
Assigned To : Bates, John D.
Assign. Date : 11/21/2007
Description: EMPLOY DISCRIM.

(Jury demand endorsed hereon)

### COMPLAINT UNDER TITLE VII of THE CIVIL RIGHTS ACT of 1964

NOW COMES the Plaintiff Johnnie Mae Riggsbee, by and through her attorney James Q. Butler, Esq. of the Butler Legal Group, P.L.L.P. and sues the Defendant named supra and infra, and in support of his complaint hereby states as follows:

### JURISDICTION

1. This action is brought pursuant to Title VII of the Civil Rights of 1964, as amended, as it appears in volume 42 of the United States Code, Section 2000e for employment discrimination. Jurisdiction is specifically conferred on this District Court by 42, U.S.C. § 2000e-5(f)(3).

### VENUE

2. Venue is proper in this Court pursuant to the provisions of and 42 U.S.C. §2000e-5(f)(3) and 28 U.S.C. 1391(a)(2) because the alleged unlawful employment practice giving rise to this claim occurred in the District of Columbia.

## PARTIES

3. Plaintiff, a black female, is an adult resident and citizen of Washington, District of Columbia, residing at 1316 Euclid Street, NW, apt. BA-7, Washington, DC 20006.

4. Plaintiff is a person within the meaning of 42 U.S.C. § 2000e (a) and an employee within the meaning of 42 U.S.C. § 2000e (f).

5. Defendant, Diversity Services of DC, Inc., is a person within the meaning of 42 U.S.C. § 2000e (a), an employment agency within the meaning of 42 U.S.C. § 2000e (c) and an employer within the meaning of 42 U.S.C. §2000e (b). Defendant is a corporation registered under the laws of the State of New York and has an office in the District of Columbia located at 1634 I Street, NW, Suite 400, Washington, DC 20006.

## FACTUAL BACKGROUND

7. On May 2, 2005, Plaintiff Johnnie Mae Riggsbee was hired by Defendant Diversity Services, Inc. to serve as a temporary contract receptionist/Administrative Assistant for the Office of Finance and Procurement with the United States House of Representatives under the Supervision of Deborah Price.

8. Plaintiff was told by representatives of the agency that her temporary assignment will continue at least until October 2005 and potentially longer.

9. Early on Friday, July 1st, 2005, Richard Tatum, representative of Diversity Services, Inc. called Ms. Riggsbee and questioned her about whether there was any out of the ordinary situation related to her at the Office of Finance and Procurement. Ms. Riggsbee's response was that she was not aware of any such situation. Later that same day, without any advance notification, a representative of Diversity Services, Inc. called to inform her that she will not be

returning to the Office of Finance and Procurement due to "budget cuts" that ended Diversity Services ability to place individuals within the House of Representatives Office of Finance and Procurement.

10. Subsequently, Diversity Services, Inc. offered a lower grade alternative employment to Ms. Riggsbee to hand out flyers during two days a week which she refused to accept and which is clearly below her education and qualifications.

11. The week after her removal, Ms. Riggsbee was present at the Office of Finance and Procurement and she noticed a white male sitting at her old desk. After a short conversation with him, Ms. Riggsbee learned that he has been placed at her position by Diversity Services, that he was not aware of any "budget cuts" and that he has been assigned to this position for indefinite period of time.

## COUNT I

12. The plaintiff alleges that the defendant discriminated against her on the basis of her race, Black in violation of 42 U.S.C. § 2000e-2(a) (1) and in violation of 42 U.S.C. § 2000e-2(b) among other way, by:

(a) deliberately terminating Ms. Riggsbee from her employment with the U.S. House of Representatives despite her excellent work performance and placing a white male as her replacement.

(b) failing and refusing to take appropriate action to remedy the effects of the discriminatory treatment of Ms. Riggsbee.

(c) failing to make a reasonable effort to find alternative employment with comparable responsibility and compensation.

## COUNT II

13. The plaintiff also alleges that the defendant discriminated against her on the basis of her gender, female in violation of 42 U.S.C. § 2000e-2(a) (1) and in violation of 42 U.S.C. § 2000e-2(b) among other way, by:

(a) deliberately terminating Ms. Riggsbee from her employment with the U.S. House of Representatives despite her excellent work performance and placing a white male as her replacement.

(b) failing and refusing to take appropriate action to remedy the effects of the discriminatory treatment of Ms. Riggsbee.

(c) failing to make a reasonable effort to find alternative employment with comparable responsibility and compensation.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

14. Ms. Riggsbee timely filed a charge of discrimination with the Equal Employment Opportunity Commission (E.E.O.C.), Charge No: 570-2006-00347C in which she alleged that she has been subjected to racial and gender discrimination during her employment with Diversity Services, Inc. Pursuant to 42, U.S.C. § 2000e-5, the EEOC investigated Ms. Riggsbee's charge and found no potential reason to believe that the violations of Title VII of the Civil Rights Act had occurred. The EEOC subsequently issued a right to sue letter to the Plaintiff allowing her to pursue her claim at the U.S. District Court for the District of Columbia.

14. All conditions precedent to the filing of this suit have been performed and occurred.

**WHEREFORE**, plaintiff prays that the Court grant the following relief:

(a) award compensatory damages to Ms. Riggsbee as would fully compensate her for injuries caused by the defendant's discriminatory conduct pursuant to and within the statutory limitations of 42 U.S.C. § 2000e-2(a)(1) and 42 U.S.C. § 2000e-2(b) in the amount of 500,000 dollars.

(b) award punitive damages to Ms. Riggsbee as would fully compensate her for injuries caused by the defendant's discriminatory conduct pursuant to and within the statutory limitations of 42 U.S.C. § 2000e -2(a)(1) and 42 U.S.C. § 2000e-2(b) in the amount of 500,000 dollars.

(c) award such additional relief as justice may require, together with plaintiff's costs, attorney's fees and other disbursements in this action.

Respectfully submitted,

James Q. Butler
Attorney for Plaintiff
818 18th Street - 6th Floor
Washington, D.C. 20006
Ph. 202-223-6767

JURY DEMAND
Plaintiff demands a trial by jury on all issues.

James Q. Butler

H
07-2113
JDB

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Johnnie Mae Riggsbee | Diversity Services, Inc. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) Washington, District of Columbia | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT NY (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) James Q. Butler, Esq. 818 18th St., NW, Suite 630 Washington, DC 20006 | Case: 1:07-cv-02113 Assigned To : Bates, John D. Assign. Date : 11/21/2007 Description: EMPLOY DISCRIM. JURY DEMAND |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- □ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| □ A. Antitrust | □ B. Personal Injury/ Malpractice | □ C. Administrative Agency Review | □ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>Social Security:<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>Other Statutes<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) ET | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| □ E. General Civil (Other) OR □ F. Pro Se General Civil |
|---|

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| □ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>Personal Property<br>□ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability | □ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>□ 535 Death Penalty<br>□ 540 Mandamus & Other<br>□ 550 Civil Rights<br>□ 555 Prison Condition<br><br>Property Rights<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>Federal Tax Suits<br>□ 870 Taxes (US plaintiff or defendant<br>□ 871 IRS-Third Party 26 USC 7609 | □ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational Safety/Health<br>□ 690 Other<br><br>Other Statutes<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC Rates/etc.<br>□ 460 Deportation | □ 470 Racketeer Influenced & Corrupt Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/ Exchange<br>□ 875 Customer Challenge 12 USC 3410<br>□ 900 Appeal of fee determination under equal access to Justice<br>□ 950 Constitutionality of State Statutes<br>□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Title VII of Civil Rights Act of 1964 - 42 U.S.C. 2000e et seq.

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/21/07   SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.