**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSITY SERVICES, INC.,<br><br>    Defendant. | CASE NO: 1:07-CV-02113 (JDB) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, Diversity Services, Inc., through undersigned counsel, respectfully moves pursuant to Rule 6, F.R.Civ.P., for an extension of time of two weeks from this date, up to and including January 24, 2008, in which to answer or otherwise respond to the Complaint. In support of this Motion, Defendant states as follows:

1. An extension is necessary because, through inadvertence, Defendant's undersigned counsel was not notified of this matter until January 10, 2008.

2. Neither party will be prejudiced by allowing a two week extension of time for Defendant to Answer or otherwise respond to Plaintiff's complaint, especially in light of the Plaintiff's error in executing the return of service/affidavit pertaining to the Complaint.

3. On January 10, 2008, after becoming aware of Plaintiff's Complaint, Defendant's counsel immediately attempted to contact Plaintiff's counsel in an attempt to obtain a stipulation for a two week extension to answer or otherwise respond to the Complaint. As of the time of filing of the instant motion, Defendant's counsel has not been able to speak with Plaintiff's counsel directly.

Accordingly, in the interest of justice and fairness, Defendant requests a two week extension of time to adequately answer or otherwise respond to the Complaint.

>Respectfully submitted,
>
>CLIFFORD & GARDE LLP
>
>/s/ John M. Clifford
>
>John M. Clifford, #191866
>1707 L Street, N.W., Suite 500
>Washington, D.C. 20036-5631
>(202) 289-8990
>Fax: (202) 289-8992
>
>Counsel for the Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>      Plaintiff,<br><br>vs.<br><br>DIVERSITY SERVICES, INC.,<br><br>      Defendant. | CASE NO: 1:07-CV-02113 (JDB) |

## ORDER

Upon consideration of the Motion of Defendant Diversity Services, Inc. for Enlargement of Time, it is this _____ day of _____, 2008

    ORDERED: that Defendant's Motion be and it is Granted; and it is

    FURTHER ORDERED: That Defendant may answer or otherwise respond to the Complaint on or before January 24, 2008.

_____
John D. Bates
United States District Judge