AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

Johnnie Mae Riggsbee

V.

Diversity Services, Inc
DC Office

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07-cv-02113

TO: (Name and address of Defendant)

Diversity Services Inc.
C/o Ellen De Bremmond
1634-I Street, N.W., Suite 400
Washington, D.C. 20006

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/10/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Karen A. Abbott | Investigator |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

☑  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _Ellen DeBremmond_

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/10/07          _Karen A. Abbott_
                Date                Signature of Server

                              929 Hamilton St. N.W., DC 20011
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.