UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSITY SERVICES, INC.,<br><br>    Defendant. | CASE NO: 1:07-CV-02113 (JDB) |

### ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant, Diversity Services, Inc. ("Diversity"), by and through its undersigned counsel, hereby submits its Answer and Affirmative Defenses to Plaintiff Johnnie Mae Riggsbee's ("Plaintiff") Complaint and states:

### JURISDICTION

1.  The allegation contained in Paragraph 1 of the Complaint is a conclusion of law to which no answer is required. To the extent that an answer is required, Diversity denies the allegation contained in Paragraph 1 of the Complaint.

### VENUE

2.  The allegation contained in Paragraph 2 of the Complaint is a conclusion of law to which no answer is required. To the extent that an answer is required, Diversity denies the allegation contained in Paragraph 2 of the Complaint.

### PARTIES

3.  Defendant is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 3 of the Complaint. To the extent that an answer is required, Diversity denies the allegation contained in Paragraph 3 of the Complaint.

4. The allegation contained in Paragraph 4 of the Complaint is a conclusion of law to which no answer is required. To the extent that an answer is required, Diversity denies the allegation contained in Paragraph 4 of the Complaint.

5. The allegation regarding the legal status of Diversity contained in Paragraph 5 of the Complaint is a conclusion of law to which no answer is required. To the extent that an answer is required, Diversity denies the allegation. The remaining allegations contained in Paragraph 5 of the Complaint are admitted.

## FACTUAL BACKGROUND

7. Denied.[1]

8. Denied.

9. Denied.

10. Diversity admits that it offered Plaintiff several other temporary employment positions after her multiple temporary jobs at the United States Capitol complex ended. The remaining allegations contained in Paragraph 10 of the Complaint are denied.

11. Diversity is without knowledge or information sufficient to admit or deny the allegations regarding Plaintiff's alleged visit to the United States Capitol complex the week after her last temporary job there ended. To the extent that an answer is required, Diversity denies these allegations. Diversity denies that it hired anyone to serve as Plaintiff's replacement in her former temporary positions at the United States Capitol.

## COUNT I

Diversity re-alleges and incorporates by reference the preceding paragraphs as though fully set forth herein.

12(a). Denied.

---

[1] Diversity notes that Plaintiff failed to include a paragraph number 6 in her Complaint.

12(b). Denied.

12(c). Denied

## COUNT II

Diversity re-alleges and incorporates by reference the preceding paragraphs as though fully set forth herein.

13(a). Denied.

13(b). Denied.

13(c). Denied.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

14. Admitted.

15. Diversity is without knowledge or information sufficient to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 15 of the Complaint.[2]

Further answering the Complaint, Defendant denies any allegation not specifically admitted or otherwise answered.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim against Diversity upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred in whole or in part by the applicable statute of limitations.

---

[2] Diversity notes that Plaintiff has included two paragraphs numbered 14 in the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

Any and all actions taken toward Plaintiff were justified, were based upon good cause, and were taken for legitimate, non-discriminatory and non-retaliatory reasons.

**FOURTH AFFIRMATIVE DEFENSE**

Claims in Plaintiff's Complaint are barred by the doctrines of waiver, estoppel, and unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

Any claim for punitive damages is barred because the alleged acts or omissions fail to rise to the level required to sustain an award of punitive damages, do not evidence a malicious, reckless or fraudulent intent to deny Plaintiff her protected rights, and are not so wanton or willful as to support an award of punitive damages.

**SIXTH AFFIRMATIVE DEFENSE**

Diversity expressly denies that any of its employees, officers, or agents acted in any manner that would constitute discrimination or any other violation of applicable law; however, if Plaintiff's rights were violated by third parties or others unaffiliated with Diversity, any such violation occurred outside the scope of employment and without the consent of Diversity.

**SEVENTH AFFIRMATIVE DEFENSE**

Diversity did not, and does not, authorize, condone, ratify or tolerate discrimination or any other acts in violation of the law, but instead prohibited and prohibits discrimination and other unlawful acts, and any such conduct may not be attributed to Diversity through principles of agency, respondeat superior, or otherwise.

**EIGHTH AFFIRMATIVE DEFENSE**

Diversity, at all times, made good faith efforts to comply with all federal and local anti-discrimination laws.

**NINTH AFFIRMATIVE DEFENSE**

Diversity specifically reserves the right to amend this Answer to Plaintiff's Complaint by adding affirmative defenses and counterclaims as further investigation, discovery, and circumstances warrant.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her damages.

**ELEVENTH AFFIRMATIVE DEFENSE**

The damages prayed for by Plaintiff exceed the statutory limit.

WHEREFORE, Defendant, Diversity Services, Inc., having fully answered Plaintiff's Complaint, requests that the Complaint be dismissed with prejudice, and that Defendant be awarded its costs and attorneys fees.

    Respectfully submitted,

    Diversity Services, Inc.

    By____/s/ John M. Clifford_____
    John M. Clifford (DC Bar # 191866)
    Jeffery S. Spalding (MI Bar # 55614)
    Clifford & Garde, L.L.P.
    1707 L Street, N.W., Suite 500
    Washington, D.C. 20036-5631
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008 Plaintiff was served with the foregoing Answer to Complaint and Affirmative Defenses through the Court's electronic service.

/s/ John M. Clifford
John M. Clifford