UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNIE MAE RIGGSBEE,

    Plaintiff,

vs.

DIVERSITY SERVICES, INC.,

    Defendant.

CASE NO: 1:07-CV-02113 (JDB)

**JOINT RULE 16.3(d) REPORT**

The parties, Johnnie Mae Riggsbee and Diversity Services, Inc. ("Diversity"), by and through their undersigned counsel, having conferred as required, hereby submit a Joint Report pursuant to LCivR 16.3(d):

1. **Likelihood of disposition by motion**: Defendant intends to file a motion for summary judgment and Plaintiff will oppose it.

2. **Deadline for joinder/amendment of pleadings**: June 15, 2008.

3. **Whether case should be assigned to a magistrate judge for all purposes**: No.

4. **Whether there is a realistic possibility of settlement**: Not at this time.

5. **Whether the case would benefit from ADR**: Yes, after discovery.

6. **Dispositive motions to be filed by:** June 30, 2008

    **Opposition to be filed by:** July 31, 2008

    **Reply to be filed by:** August 15, 2008

    **Proposed date for decision:** September 9, 2008

7. **Whether to dispense with R. 26(a)(1) initial disclosures:** Yes

8. **Deadline for serving written discovery requests:** April 18, 2008.

2

**Date to conclude all discovery:**  May 16, 2008 (Mr. Butler is defending a capital case in Baltimore, MD beginning early April).

**Whether a protective order is needed:**  Defendant will submit a proposed protective order.

9: **Whether expert reports provision of R. 26(a)(2) should be modified:**  No.

**Dates for depositions of experts:**  In the unlikely event that experts are employed, they should be deposed after ADR.

10. **Class Action:**  Not Applicable.

11. **Whether trial or discovery should be bifurcated**:  No.

12. **Date for pretrial conference**:  October 15, 2008

13. **Whether Court should set trial date at this time:**  No.

Respectfully submitted,

| | |
|---|---|
| Johnnie Mae Riggsbee | Diversity Services, Inc. |
| By__/s/_James Q. Butler_____ | By_____/s/_John M. Clifford_____ |
| James Q. Butler (DC Bar #  490014) | John M. Clifford (DC Bar # 191866) |
| 818 18th St., N.W. 6th Floor | Clifford & Garde, LLP |
| Washington, D.C. 20006 | 1707 L Street, N.W., Suite 500 |
| 202-223-6767 | Washington, D.C. 20036-5631 |
| Attorney for Plaintiff | 202-280-6115 |
| | Attorneys for Defendant |