UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSITY SERVICES, INC.,<br><br>Defendant. | Civil Action No.  07-2113 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on this  29th  day of February, 2008, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. Discovery shall be completed by not later than May 16, 2008.

2. Motions, if any, for joinder of additional parties or to amend the pleadings shall be filed by not later than June 16, 2008.

3. Dispositive motions shall be filed by not later than June 30, 2008.  Responses thereto shall be filed by not later than July 31, 2008.  Replies, if any, shall be filed by not later than August 15, 2008.

4. A status hearing is scheduled for June 13, 2008, at 9:00 a.m. in Courtroom 8.

5. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

        /s/ John D. Bates
        JOHN D. BATES
        United States District Judge