UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>DIVERSITY SERVICES INC. )<br>      Defendant. )<br> )<br> )<br>_____ )<br> )<br> )<br> )<br> ) | Civil No.: 1:07-cv-02113 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

    COMES NOW, Plaintiff, Johnnie Mae Riggsbee by and through her undersigned counsel, request for an extension of time for discovery, and to permit Plaintiff to obtain certain discovery requests from Defendant. Plaintiff has sought and received no other enlargement of time, or extensions of time, in which to engage in discovery.  This motion is not sought for purposes of delay. Plaintiff requests an extension of **(45)** days beyond May 16, 2008. Plaintiff counsel has conferred with Defendant counsel who has consented to the enlargement.

    WHEREFORE, the Plaintiff prays that this Honorable Court grants this Consent Motion for Enlargement of Time in the above captioned case for the reasons stated herein.

        Respectfully submitted

        /s/ James Q. Butler
        James Q. Butler, Esq.
        D.C. Bar# 490014
        Attorney for Plaintiff
        Butler Legal Group, PLLP
        818 18th Street N.W. Suite 630
        Washington, D.C. 20006
        (202) 223-6767- office
        (202) 223-3039 – fax
        James@butlerlawfirmdc.com

## CERTIFICATE OF SERVICE

Plaintiff herby certifies that a true and correct copy of the foregoing was submitted electronically to the clerk of the United States District Court for the District of Columbia, and made noticed to:

John Clifford, Esq.
Clifford & Garde
1707 L Street, N.W.
Suite 500
Washington, D.C. 20036

        /s/ James Q. Butler,