UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DIVERSITY SERVICES, INC.,<br><br>　　Defendant. | Civil Action No. 07-2113 (JDB) |

### ORDER

Upon consideration of [9] plaintiff's consent motion for a 45-day extension of time to complete discovery, and it appearing that further revisions to the schedule shall therefore be necessary, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that discovery shall be completed by not later than June 30, 2008; it is further

**ORDERED** that dispositive motions shall be filed by not later than July 30, 2008; responses thereto shall be filed by not later than August 29, 2008; replies thereto shall be filed by not later than September 12, 2008; it is further

**ORDERED** that the status hearing scheduled for June 13, 2008, is **RESCHEDULED** for July 11, 2008, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge