UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIVERSITY SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO: 1:07-CV-02113  (JDB) |

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE DISCOVERY

Defendant Diversity Services, Inc., by and through its undersigned counsel, hereby withdraws its motion for an order compelling Plaintiff Johnnie Mae Riggsbee to respond to discovery.  Counsel conferred by telephone on Friday, and Plaintiff to provide discovery.  Plaintiff served her Supplemental Answers to Interrogatories today, June 23, 2008.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Diversity Services, Inc.


　　　　　　　　　　　　　　　　　By　　 /s/ John M. Clifford　　　　
　　　　　　　　　　　　　　　　　John M. Clifford (DC Bar # 191866)
　　　　　　　　　　　　　　　　　Clifford & Garde, L.L.P.
　　　　　　　　　　　　　　　　　1707 L Street, N.W., Suite 500
　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5631

　　　　　　　　　　　　　　　　　Attorneys for Defendant