UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNIE MAE RIGGSBEE,

    Plaintiff,

vs.                              CASE NO: 1:07-CV-02113 (JDB)

DIVERSITY SERVICES, INC.,

    Defendant.

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

    COMES NOW, Defendant, Diversity Services, Inc. by and through its undersigned counsel, requests an amendment of the scheduling order to permit Defendant to complete discovery. Defendant has neither sought nor received previous extensions of time, in which to conduct discovery. This motion is not sought for purposes of delay. Undersigned counsel has conferred with Plaintiff's counsel who has consented to the amendment.

    WHEREFORE, the Defendant prays this Honorable Court to grant this Consent Motion to Amend Scheduling Order in the above captioned case.

    Respectfully submitted,

    CLIFFORD & GARDE LLP

    /s/ John M. Clifford
    John M. Clifford, #191866
    1707 L Street, N.W., Suite 500
    Washington, D.C. 20036-5631
    (202) 289-8990
    Fax: (202) 289-8992

    Counsel for the Defendant

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a true and correct copy of the foregoing was submitted electronically to the clerk of the United States District Court for the District of Columbia, and made noticed to:

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th Street N.W. Suite 630
Washington, D.C. 20006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNIE MAE RIGGSBEE,

    Plaintiff,

vs.

DIVERSITY SERVICES, INC.,

    Defendant.

CASE NO: 1:07-CV-02113 (JDB)

**ORDER**

Upon consideration of defendant's consent motion to amend the scheduling order filed May 7, 2008, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that discovery shall be completed by not later than July 21, 2008; it is further

**ORDERED** that dispositive motions shall be filed by not later than August 28, 2008; responses thereto shall be filed by not later than September 26, 2008; replies thereto shall be filed by not later than October 10, 2008; it is further

**ORDERED** that the statues hearing scheduled for July 11, 2008, is **RESCHEDULED** for August 15, at 9:00 a.m. in Courtroom 8.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge