UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNIE MAE RIGGSBEE,

    Plaintiff,

       v.                             Civil Action No.  07-2113 (JDB)

DIVERSITY SERVICES, INC.,

    Defendant.

## ORDER

Upon consideration of [14] defendant's consent motion to amend the scheduling order, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that discovery shall be completed by not later than July 21, 2008; it is further

**ORDERED** that dispositive motions shall be filed by not later than August 28, 2008; responses thereto shall be filed by not later than September 26, 2008; replies thereto shall be filed by not later than October 10, 2008; it is further

**ORDERED** that the status hearing scheduled for July 11, 2008, is **RESCHEDULED** for August 21, 2008, at 9:00 a.m. in Courtroom 8.

    **SO ORDERED**.

                                              /s/ John D. Bates
                                                JOHN D. BATES
                                         United States District Judge

Date:  July 1, 2008