UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNIE MAE RIGGSBEE,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSITY SERVICES, INC.,<br><br>Defendant. | Civil Action No. 07-2113 (JDB) |

## ORDER

Pursuant to the status conference held on this  21st  day of August 2008, it is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days; and it is further

**ORDERED** that the dispositive motions schedule is modified as follows: Defendant's motion for summary judgment shall be filed by not later than October 23, 2008. Plaintiff's opposition shall be filed by not later than November 13, 2008. Defendant's reply shall be filed by not later than December 2, 2008.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated:  August 21, 2008