REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331 Fed. Question: Employment Discrimination | | | |
|---|---|---|---|---|
| CASE NO:<br>07-2113 | DATE REFERRED:<br>08/21/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>John D. Bates | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>JOHNNIE MAE RIGGSBEE | | DEFENDANT(S):<br>DIVERSITY SERVICES, INC. | | |

ENTRIES: