UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNIE MAE RIGGSBEE,

    Plaintiff,

 v.

DIVERSITY SERVICES, INC.,

    Defendant.

Civil Action No. 07-2113 (JDB/AK)

**ORDER**

  The above-captioned case was referred to the undersigned by the Honorable John D.

Bates for the purpose of facilitating a settlement.  Accordingly, it is by the Court this 27th day of

August, 2008, hereby

  **ORDERED :**

1.  The lead attorney(s) for the parties shall appear before the undersigned, in

   chambers [ROOM 2333] on September 22, 2008,  at 10:30 a.m.  The parties

   should attend the mediation, be available by telephone, or delegate settlement

   authority to counsel.

2.  The parties may submit confidential settlement statements in advance of the

   mediation but such statements are Not Required, and in most cases, they are

   unnecessary.

3.  If any attorney or party is unavailable on the date and at the time set forth above,

   the attorney shall notify the other attorney(s) in the cases as soon as possible to

arrange a telephone conference call with chambers to select an alternative date and time.

4.    If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time with the other attorneys and the Court.


_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE